*E-Filed 7/13/11*

1  LAWRENCE S. BAZEL (State Bar No. 114641)
   MELANIE L. TANG (State Bar No. 221264)
2  PETER PROWS (State Bar No. 257819)
   BRISCOE IVESTER & BAZEL LLP
3  155 Sansome Street, Seventh Floor
   San Francisco, California 94104
4  Telephone: (415) 402-2700
   Facsimile:  (415) 398-5630
5  lbazel@briscoelaw.net
   pprows@briscoelaw.net
6
   Attorneys for Plaintiff
7  CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL, LTDA.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL, LTDA., a Brazilian company, | No. CV-11-0602 RS |
   | --- | --- |
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STANDBY CASE MANAGEMENT CONFERENCE** |
   | v. | |
   | IGUACU, INC., a California corporation; GOLDENGATE SOLUTIONS, INC., a suspended California corporation; and SHOBHA SETURAM, an individual California citizen, | |
   | Defendants. | |

1   Iguacu, Inc. ("Iguacu") sued Mr. Antonio Mano Filho Cabrera in this Court (*Iguacu v. Cabrera*, case no. CV-09-00380-RS) to recover finder's fees relating to bio-fuel investments and ethanol deals done by Mr. Cabrera.

Plaintiff Conquista Consultoria e Assessoria Empresarial, Ltda. ("Conquista") brought this action against defendants Iguacu, GoldenGate Solutions, Inc. ("GoldenGate"), and Ms. Shobha Seturam to recover a percentage of the finder's fees recovered by Iguacu.

The Court related *Iguacu v. Cabrera* to this case by order dated February 24, 2011.

Iguacu and Ms. Seturam have filed an Answer to Conquista's complaint, have represented that no finder's fees have been paid to date by or on behalf of Mr. Cabrera, and have agreed that the assignment between Iguacu and GoldenGate is cancelled and of no effect, so GoldenGate will have no interest in any payment of finder's fees or basis to remain a party to this action.

This action has been stayed, pending resolution of Iguacu's suit against Mr. Cabrera or further order of this Court, by order dated March 22, 2011.

On June 2, 2011, this Court held a Status Conference in *Iguacu v. Cabrera*. At that Status Conference, the parties agreed that additional time for discovery and a settlement conference was needed.

On June 30, 2011, in *Iguacu v. Cabrera*, Iguacu filed a Motion For Leave To File A Motion For Reconsideration Of Issuance Of Right To Attach Order And Order For Writ Of Attachment. That motion is set for hearing on August 4, 2011.

By order dated July 7, 2011, Judge Seeborg ordered the parties in *Iguacu v. Cabrera* to schedule and participate in a further settlement conference with Judge Zimmerman within approximately 90 days. The order also set a further Case Management Conference for October 13, 2011.

A Standby Case Management Conference ("Standby CMC") in this action is currently scheduled for July 14, 2011, at 10:30 am.

1. Conquista, Iguacu, and Ms. Seturam agree that the Standby CMC should be continued until after the *Iguacu v. Cabrera* further case management conference. Their counsel have met and conferred and are both available on October 27, 2011 for a continued Standby CMC.

In consideration of the above, and subject to the approval of this Court, the parties stipulate as follows:

1. The Standby Case Management Conference currently scheduled for July 14, 2011 should be continued to October 27, 2011.

July 12, 2011                BRISCOE IVESTER & BAZEL LLP

                             By: _____
                             Peter Prows
                             Attorneys for Plaintiff Conquista Consultoria E
                             Assessoria Empresarial, Ltda.

July 12, 2011                SIDEMAN & BANCROFT LLP

                             By: _____
                             Robert R. Cross
                             Attorneys for Defendants Iguacu, Inc. and
                             Shobha Seturam

**[~~PROPOSED~~] ORDER**

Good cause appearing, the Standby CMC currently scheduled for July 14, 2011 is continued to 10/27/11 at 10:00 a.m.

DATED: 7/13/11

_____
HONORABLE RICHARD SEEBORG
Judge of the U.S. District Court