1 | LAWRENCE S. BAZEL (State Bar No. 114641)
PETER PROWS (State Bar No. 257819)
2 | BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
3 | San Francisco, California 94104
Telephone: (415) 402-2700
4 | Facsimile: (415) 398-5630
lbazel@briscoelaw.net
5 | pprows@briscoelaw.net

6 | Attorneys for Plaintiff
CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL, LTDA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL, LTDA., a Brazilian company, | No. CV-11-0602 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STANDBY CASE MANAGEMENT CONFERENCE** |
| v. | |
| IGUACU, INC., a California corporation; GOLDENGATE SOLUTIONS, INC., a suspended California corporation; and SHOBHA SETURAM, an individual California citizen, | |
| Defendants. | |

| | |
|---|---|
| 1 | Iguacu, Inc. ("Iguacu") sued Mr. Antonio Mano Filho Cabrera in this Court (*Iguacu v.* |
| 2 | *Cabrera*, case no. CV-09-00380-RS) to recover finder's fees relating to bio-fuel investments and |
| 3 | ethanol deals done by Mr. Cabrera. |
| 4 | Plaintiff Conquista Consultoria e Assessoria Empresarial, Ltda. ("Conquista") brought this |
| 5 | action against defendants Iguacu, GoldenGate Solutions, Inc. ("GoldenGate"), and Ms. Shobha |
| 6 | Seturam to recover a percentage of the finder's fees recovered by Iguacu. |
| 7 | The Court related *Iguacu v. Cabrera* to this case by order dated February 24, 2011. |
| 8 | This action has been stayed, pending resolution of *Iguacu v. Cabrera* or further order of this |
| 9 | Court, by order dated March 22, 2011. |
| 10 | A settlement conference is currently scheduled in *Iguacu v. Cabrera* for November 1, 2011. |
| 11 | A case management conference is currently scheduled in *Iguacu v. Cabrera* for December |
| 12 | 15, 2011. |
| 13 | A Standby Case Management Conference ("Standby CMC") in this case is currently |
| 14 | scheduled for October 27, 2011, at 10:00 am. |
| 15 | Conquista, Iguacu, and Ms. Seturam agree that the Standby CMC should be continued until |
| 16 | after the *Iguacu v. Cabrera* case management and settlement conferences. Their counsel have met |
| 17 | and conferred and are both available on March 15, 2012 for a continued Standby CMC. |
| 18 | In consideration of the above, and subject to the approval of this Court, the parties stipulate |
| 19 | as follows: |
| 20 | 1. The Standby Case Management Conference currently scheduled for October 27, 2011 |
| 21 | should be continued to March 15, 2012. |

October 24, 2011          BRISCOE IVESTER & BAZEL LLP

By:    /s/ Peter Prows
       Peter Prows
       Attorneys for Plaintiff Conquista Consultoria E
       Assessoria Empresarial, Ltda.

| | | |
|---|---|---|
| 1 | | |
| 2 | October 24, 2011 | SIDEMAN & BANCROFT LLP |
| 3 | | |
| 4 | | By: /s/ Robert Cross |
| 5 | | Robert Cross<br>Attorneys for Defendants Iguacu, Inc. and Shobha Seturam |

**[PROPOSED] ORDER**

Good cause appearing, the Standby CMC currently scheduled for October 27, 2011 is continued to December 15, 2011 at 10:00 a.m.

DATED: 10/24/11

_____
HONORABLE RICHARD SEEBORG
Judge of the U.S. District Court