LAWRENCE S. BAZEL (State Bar No. 114641)
PETER PROWS (State Bar No. 257819)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, California 94104
Telephone: (415) 402-2700
Facsimile:  (415) 398-5630
lbazel@briscoelaw.net
pprows@briscoelaw.net

Attorneys for Plaintiff
CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL, LTDA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL, LTDA., a Brazilian company,<br><br>Plaintiff,<br><br>v.<br><br>IGUACU, INC., a California corporation; GOLDENGATE SOLUTIONS, INC., a suspended California corporation; and SHOBHA SETURAM, an individual California citizen,<br><br>Defendants. | No. CV-11-0602 RS<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CONTINUE STANDBY CASE MANAGEMENT CONFERENCE** |

1     Iguacu, Inc. ("Iguacu") sued Mr. Antonio Mano Filho Cabrera in this Court (*Iguacu v. Cabrera*, case no. CV-09-00380-RS) to recover finder's fees relating to bio-fuel investments and ethanol deals done by Mr. Cabrera.

    Plaintiff Conquista Consultoria e Assessoria Empresarial, Ltda. ("Conquista") brought this action against defendants Iguacu, GoldenGate Solutions, Inc. ("GoldenGate"), and Ms. Shobha Seturam to recover a percentage of the finder's fees recovered by Iguacu.

    The Court related *Iguacu v. Cabrera* to this case by order dated February 24, 2011.

    This action has been stayed, pending resolution of *Iguacu v. Cabrera* or further order of this Court, by order dated March 22, 2011.

    A settlement conference is currently scheduled in *Iguacu v. Cabrera* for November 1, 2011.

    A case management conference is currently scheduled in *Iguacu v. Cabrera* for December 15, 2011.

    A Standby Case Management Conference ("Standby CMC") in this case is currently scheduled for October 27, 2011, at 10:00 am.

    Conquista, Iguacu, and Ms. Seturam agree that the Standby CMC should be continued until after the *Iguacu v. Cabrera* case management and settlement conferences. Their counsel have met and conferred and are both available on March 15, 2012 for a continued Standby CMC.

    In consideration of the above, and subject to the approval of this Court, the parties stipulate as follows:

    1.    The Standby Case Management Conference currently scheduled for October 27, 2011 should be continued to March 15, 2012.

October 24, 2011                    BRISCOE IVESTER & BAZEL LLP

                                          By:    /s/ Peter Prows_____
                                                Peter Prows
                                                Attorneys for Plaintiff Conquista Consultoria E Assessoria Empresarial, Ltda.

1

1

2  October 24, 2011                    SIDEMAN & BANCROFT LLP

3

4                                      By:  /s/ Robert Cross

5                                           Robert Cross
                                            Attorneys for Defendants Iguacu, Inc. and
6                                           Shobha Seturam

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                             2
28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE STANDBY
    CASE MANAGEMENT CONFERENCE                                        No. CV-11-0602 RS

1 | **[PROPOSED] ORDER**

2 | Good cause appearing, the Standby CMC currently scheduled for October 27, 2011 is
3 | continued to December 15, 2011 at 10:00 a.m.

5 | DATED: 10/24/11

          *[signature]*

          HONORABLE RICHARD SEEBORG
          Judge of the U.S. District Court

3