LAWRENCE S. BAZEL (State Bar No. 114641)
PETER PROWS (State Bar No. 257819)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, California 94104
Telephone: (415) 402-2700
Facsimile:  (415) 398-5630
lbazel@briscoelaw.net
pprows@briscoelaw.net

Attorneys for Plaintiff
CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL, LTDA.

CONSTANCE J. YU (State Bar No. 182704)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827
cyu@sideman.com

ROBERT R. CROSS (State Bar No. 56814)
Fitzgerald Abbott & Beardsley LLP
1221 Broadway, 21st Floor
Oakland, CA 94612
Telephone: (510) 451-3300
rcross@fablaw.com

Attorneys for Defendants
IGUACU, INC. and SHOBHA SETURAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL, LTDA., a Brazilian company,<br><br>Plaintiff,<br><br>v.<br><br>IGUACU, INC., a California corporation; GOLDENGATE SOLUTIONS, INC., a suspended California corporation; and SHOBHA SETURAM, an individual California citizen,<br><br>Defendants. | No. CV-11-0602 RS<br><br>**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**<br><br>**Date:** April 11, 2013<br>**Time:** 10:00am<br>**Court:** Courtroom 3, 17th floor |

1  The following is intended to address the information required by Civil Local Rule 16-9 and the Standing Order to be included in Joint Case Management statements:

Plaintiff Conquista Consultoria e Assessoria Empresarial, Ltda. ("Conquista") brought this action against defendants Iguacu, Inc. ("Iguacu"), GoldenGate Solutions, Inc. ("GoldenGate"), and Ms. Shobha Seturam to recover a percentage of the finder's fees recovered by Iguacu in a separate action pending in this court, *Iguacu v. Cabrera*, case no. CV-09-00380-RS.  Jurisdiction is based on 28 U.S.C. § 1332.  The complaint prayed for damages in an amount of not less than $4 million.  Conquista also filed a certificate of interested persons or entities.  (Docket #2.)

Iguacu and Ms. Seturam filed an answer denying liability and asserting various affirmative defenses.  (Docket #19.)  GoldenGate has been served with the summons and complaint (Docket #10), but it is a suspended corporation and has not yet appeared in this action.

The Court related *Iguacu v. Cabrera* to this case by order dated February 24, 2011.  (Docket #14.)

This action has been stayed, pending resolution of *Iguacu v. Cabrera* or further order of this Court, by stipulation and order entered on March 22, 2011.  (Docket #22.)

*Iguacu v. Cabrera* is still pending.  Trial has been set for September 23, 2013.

Since this case was stayed, the parties in this case have taken no other actions relating to this litigation, except the filing of stipulations asking the Court to continue scheduled standby case management conferences.  The parties agree that this case should continue to be stayed in accordance with the order of March 22, 2011.  The parties further agree that the CMC currently scheduled for April 11, 2013 be continued for at least six months.

DATED: April 4, 2013

BRISCOE IVESTER & BAZEL LLP


By: /s/ Peter Prows
    PETER PROWS
    Attorneys for Plaintiffs
    CONQUISTA CONSULTORIA E
    ASSESSORIA EMPRESARIAL, LTDA.


SIDEMAN & BANCROFT LLP


By: /s/ Constance Yu (per authorization)
    Constance Yu
    Attorneys for Defendants
    IGUACU, INC. and SHOBHA SETURAM

2

1  **[PROPOSED] ORDER**

2  Good cause appearing, the CMC currently scheduled for April 11, 2013 is continued to

3  October 17, 2013 at 10:00 a.m.

5  DATED:   4/9/13

_____
HONORABLE RICHARD SEEBORG
Judge of the U.S. District Court

28

3

JOINT CASE MANAGEMENT STATEMENT                                                     NO. CV-11-0602 RS