UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL LTDA,<br><br>    Plaintiff,<br><br>    v.<br><br>IGUACU, INC., et al.,<br><br>    Defendants. | Case No. 11-cv-00602-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 25, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

　　1.　　ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE.  The parties are hereby REFERRED to Magistrate Judge Laporte for the purpose of engaging in further settlement proceedings, to take place, ideally, within the next 90 days.

　　2.　　FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **December 18, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**IT IS SO ORDERED**.

Dated: 9/25/14

_____
RICHARD SEEBORG
United States District Judge