UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL LTDA,<br><br>Plaintiff,<br><br>v.<br><br>IGUACU, INC., et al.,<br><br>Defendants. | Case No. 11-cv-00602-RS (EDL)<br><br>**ORDER TO SHOW CAUSE** |

On June 6, 2014, the Court held a settlement conference in this case. Personal attendance was excused by the Court at the Parties' joint request. The Court concluded that personal attendance by the Parties would be necessary for an effective further settlement conference. On September 26, 2014, the Court set a further settlement conference for December 17, 2014. The order setting the settlement conference notes that personal attendance by the Parties "is mandatory and will be rarely excused," save for "compelling reasons." (Dkt. 61.) On November 20, 2014, the Court denied a motion to excuse Defendant Shobha Seturam from personal appearance. (Dkt. 63.) On December 15, 2014, the Court held a telephonic conference with counsel for Plaintiff and Defendants at which it learned that Defendant Seturam and a representative with full settlement authority from Defendant Iguacu, Inc., will not be personally attending. Thereafter, the Court vacated the settlement conference.

Accordingly, Defendants are hereby ORDERED to show cause why sanctions, including any expenses incurred by Plaintiff in arranging for personal attendance and fees incurred by Plaintiff in preparing the required settlement conference statements, should not issue for Defendants' failure to personally attend the settlement conference and violation of the Court's

orders. Defendants' written response to this Order shall be filed no later than January 5, 2015. Plaintiff's response, if any, shall be filed no later than January 12, 2015. If necessary, the Court will schedule a hearing.

**IT IS SO ORDERED**.

Dated: December 16, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge