UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONQUISTA CONSULTORIA E ASSESSORIA EMPRESARIAL LTDA,<br><br>Plaintiff,<br><br>v.<br><br>IGUACU, INC., et al.,<br><br>Defendants. | Case No. 11-cv-00602-RS<br><br>**ORDER RE CHALLENGES TO MAGISTRATE JUDGE'S RULING** |

Consideration of, and any further briefing on, the parties' respective challenges to the March 19, 2015 order of the magistrate judge is hereby deferred pending further order.

**IT IS SO ORDERED**.

Dated: April 6, 2015

_____
RICHARD SEEBORG
United States District Judge